IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )          4:09cr3044<br>        v.                          )<br>                                    )<br>BELINDA ROGERS,                     )<br>                                    )          MEMORANDUM AND ORDER<br>            Defendant.              )<br>                                    ) | |

   A hearing was held before me this date on allegations made in the amended petition for action on conditions of pretrial release, filing no. 56.  The defendant was present with counsel, and was advised of her rights.  The defendant admitted the allegations in the petition.  I therefore find that the allegations of violation of the order of release are true.

   Regarding disposition, the government sought detention.  The defense submitted the matter.  I find that the defendant should be detained until an evaluation can be obtained.

   IT THEREFORE HEREBY IS ORDERED,

   The previous order of release, filing no. 36, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

   DATED May 28, 2009.

                                        BY THE COURT:

                                        s/ David L. Piester
                                        David L. Piester
                                        United States Magistrate Judge