IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3044 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | MEMORANDUM AND ORDER |
| BELINDA ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Belinda Rogers has filed a motion for pretrial release, (filing no. 71), which requests an order permitting her to reside at her sister's residence in Lincoln, Nebraska, and to attend an intensive outpatient treatment program at Lutheran Family Services in Lincoln, Nebraska.

IT IS ORDERED that pretrial services shall investigate the defendant's release proposal and provide the court, counsel for the government, and counsel for defendant Rogers with a report of its findings.

DATED this 30th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge